UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KOLANO | ) CASE NO. CV 05-04315 MMM (Ex) <br> ) |
| Plaintiff, | ) <br> ) JUDGMENT |
| vs. | ) <br> ) |
| METROPOLITAN LIFE INSURANCE COMPANY; GROUP INSURANCE PLAN NUMBER 625, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

On May 29, 2008, a panel of the Ninth Circuit reversed this court's entry of judgment in favor of defendant Metropolitan Life Insurance Company ("Met Life"), and remanded the case with instructions that the court remand to Met Life for evaluation of Kolano's claim on the merits. The mandate issued on June 20, 2008. Pursuant to the mandate of the Ninth Circuit,

IT IS ORDERED AND ADJUDGED

1. That the disability claim of plaintiff Christine Kolano is remanded to defendant Metropolitan Life Insurance Company for evaluation on the merits; and

2. That this action be, and it hereby is, dismissed.

DATED: June 27, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE