UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KOLANO ) | CASE NO. CV 05-04315-MMM-Ex |
| Plaintiff, ) | |
| vs. ) | JUDGMENT FOR PLAINTIFF |
| METROPOLITAN LIFE INS. CO.; GROUP ) INS. PLAN NUMBER 625, ) | |
| Defendants ) | |

On June 15, 2008, following remand of her benefits claim to Metropolitan Life for further review, plaintiff Christine Kolano filed a motion for attorneys' fees pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"). The motion was heard on September 8, 2008. On September 22, 2008, the court issued an order awarding Kolano fees. Based on that order,

IT IS ORDERED AND ADJUDGED that plaintiff Christine Kolano recover from defendants Metropolitan Life Insurance and Group Insurance Plan Number 625 attorneys' fees of $114,750.00.

DATED: September 22, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE